# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO GUTIERREZ, | NO. CV 11-9753 DDP (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| F. GONZALES, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: __December 13__, 2011.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE