UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO GUTIERREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>F. GONZALES,<br><br>　　　　　Respondent. | NO. CV 11-9753 DDP (FMO)<br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated:   December 13  , 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE